UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA LANDFIELD TRUST, MARIA A. LANE, JEFF KERN, RAM GILL, AND KHUSHWANT GILL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, MAYOR ANTONIO VILLARRAIGOSA, AND CITY ATTORNEY ROCKY DELGADILLO,<br><br>Defendants. | CASE NO. CV 09-1798-JST (RZx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED THAT Plaintiffs shall take nothing by way of their substantive due process claim against Defendants. The substantive due process claim against Defendants is dismissed with prejudice and judgment is entered in favor of Defendants.

DATED: May 5, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE